UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____
**ROBERT JONES**                                 :         Case No. 1:14-cv-00927-JTC
    **Plaintiff**                                    :
                                                           :
    **vs.**                                           :
                                                           :
**LEGAL PREVENTION**                    :
**SERVICES, LLC**                              :
    **Defendant**                                :
_____:

## NOTICE OF VOLUNTARY DISMISSAL

    PLEASE TAKE NOTICE that Plaintiff, ROBERT JONES, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above against LEGAL PREVENTION SERVICES, LLC, with prejudice. Each party is responsible for their own attorney's fees.

    BY: _/s/Brent F. Vullings_
    Brent F. Vullings, Esq.
    Attorney for Plaintiff
    bvullings@vullingslaw.com
    Vullings Law Group, LLC
    3953 Ridge Pike, Suite 102
    Collegeville, PA 19426
    610-489-6060